

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:17-CR-17-CR-109-JCM-CWH |
| Plaintiff, | ) |
| v. | ) Preliminary Order of Forfeiture |
| DAVID A. LAFRAIN, | ) |
| Defendant. | ) |

This Court finds that defendant David A. LaFrain pled guilty to Count One of a One-Count Criminal Information charging him with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant David A. LaFrain agreed to the imposition of the in personam criminal forfeiture money judgment of $830,885 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between all codefendants is not to exceed $3,300,000. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 1341 and 1343, specified unlawful activities as defined in Title 18, United States Code, Section 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1349,

1  conspiracy to commit such offenses and (2) any real or personal property constituting, derived

2  from, or traceable to the gross proceeds obtained directly or indirectly as a result of violations of

3  Title 18, United States Code, Sections 1341 and 1343, or of Title 18, United States Code, Section

4  1349, conspiracy to commit such offenses, and is subject to forfeiture pursuant to Title 18,

5  United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c);

6  Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section

7  853(p).

8        This Court finds that David A. LaFrain shall pay an in personam criminal forfeiture

9  money judgment of $830,885 to the United States of America, pursuant to Fed. R. Crim. P.

10  32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United

11  States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21,

12  United States Code, Section 853(p).

13        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

14  United States recover from David A. LaFrain an in personam criminal forfeiture money

15  judgment of $830,885.

16        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies

17  of this Order to all counsel of record and three certified copies to the United States Attorney's

18  Office, Attention Asset Forfeiture Unit.

19        DATED this 23rd day of Aug. , 2017.

21                                         _____

22                          UNITED STATES DISTRICT JUDGE