# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID A. LAFRAIN,<br><br>Defendant. | Case No.: 2:17-cr-00109-JCM-CWH<br><br>**ORDER APPOINTING COUNSEL** |

    On January 9, 2019, this court granted the defendant David A. Lafrain's request for new counsel (ECF Nos. 24 & 26).

    Accordingly, IT IS HEREBY ORDERED that Kristine M. Kuzemka, Esq. is APPOINTED as counsel for David A. Lafrain in place of Michael Ryan Pandullo for all future proceedings.

    Michael Pandullo shall forward the file to Ms. Kuzemka forthwith.

    DATED January 11, 2019.

                                              JAMES C. MAHAN
                                              UNITED STATES DISTRICT JUDGE