NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID A. LaFRAIN,<br><br>Defendant. | Case No. 2:17-cr-109-JCM-DJA<br><br>FOURTH STIPULATION TO CONTINUE  SENTENCING |

It is hereby stipulated and agreed between the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and Kristine M Kuzemka, Esq., Kuzemka Law Group, counsel for defendant David A. LaFrain, that the sentencing hearing set for Thursday, November 14, 2019 at 10:00 a.m. in Courtroom 6A before the Honorable James C. Mahan be vacated and continued to a date and time convenient to the Court but no earlier than January 23, 2020.

This stipulation is entered into for the following reasons:

1.      This is a request by counsel for the United States to research sentencing issues and prepare for the sentencing hearing;

1

2. The additional time requested by this stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2) which allows that "the Court may, for good cause, change any limits prescribed in this rule;"

3. Counsel for defendant LaFrain and defendant LaFrain agree with the need for this continuance;

4. Defendant LaFrain is at liberty on bond and consents to the continuance;

5. The United States Probation Office supervising defendant LaFrain has not reported any significant violation of the bond conditions;

6. This is the fourth such request for continuance.

For these reasons, the ends of justice would best be served by a continuance of the sentencing hearing to a date and time convenient to the Court but no earlier than January 23, 2020.

A proposed order is attached.

Respectfully Submitted:  November 12, 2019

| Counsel for the Defendant | NICHOLAS A. TRUTANICH, |
| DAVID A. LaFRAIN | United States Attorney |

_____//s//_____              _____//s//_____
KRISTINE M. KUZEMKA, Esq.                          DANIEL J. COWHIG
Kuzemka Law Group                                  Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID A. LaFRAIN,<br><br>Defendant. | Case No. 2:17-cr-109-JCM-DJA<br><br>PROPOSED<br>FINDINGS OF FACT,<br>CONCLUSIONS OF LAW,<br>AND ORDER |

<u>Findings of Fact</u>

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

7. This is a request by counsel for the United States to research sentencing issues and prepare for the sentencing hearing;

8. The additional time requested by this stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2) which allows that "the Court may, for good cause, change any limits prescribed in this rule;"

9. Counsel for defendant LaFrain and defendant LaFrain agree with the need for this continuance;

10. Defendant LaFrain is at liberty on bond and consents to the continuance;

11. The United States Probation Office supervising defendant LaFrain has not reported any significant violation of the bond conditions;

12. This is the fourth such request for continuance.

<u>Conclusions of Law</u>

The ends of justice would be served by granting a continuance of the sentencing hearing. Were the continuance not granted, it would likely result in a miscarriage of justice, deny the parties sufficient time to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

<u>ORDER</u>

IT IS HEREBY ORDERED, based upon the stipulation of the parties and the record in this case and for good cause shown, that the sentencing hearing currently scheduled for Thursday, November 14, 2019 at 10:00 a.m. is continued to _____January 29_____, 2020 at _____10:00_____ a .m. in Courtroom 6A.

IT IS SO ORDERED November 13, 2019.

_____
THE HONORABLE JAMES C. MAHAN
JUDGE, UNITED STATES DISTRICT COURT

2

CERTIFICATE OF SERVICE

I certify that the following individual was served with a copy of the FOURTH STIPULATION TO CONTINUE SENTENCING on this date by the Electronic Case File system:

> Kristine M Kuzemka
> Kuzemka Law Group
> 1180 N. Town Center Drive, Ste. 100
> Las Vegas, NV 89144
> Tel: 702−949−9990
> Email: kristine@kuzemkalaw.com
> Counsel for David A. LaFrain

DATED:  November 12, 2019

_____//s//_____
DANIEL J. COWHIG
Assistant United States Attorney