___FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

FEB - 7 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID A. LAFRAIN,<br><br>Defendant. | 2:17-CR-109-JCM-DJA<br><br>**Final Order of Forfeiture** |

This Court found that David A. Lafrain shall pay the in personam criminal forfeiture money judgment of $830,885 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p). Criminal Information, ECF No. 12; Plea Agreement, ECF No. 14; Preliminary Order of Forfeiture, ECF No. 15; Change of Plea, ECF No. 16.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

To comply with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017), the government reduced the in personam criminal forfeiture money judgment amount to $61,743.33.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from David A. Lafrain the in personam criminal forfeiture money judgment of $61,743.33, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between all codefendants is not to exceed $3,300,000, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p).

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send |
| 2 | copies of this Order to all counsel of record and three certified copies to the United States |
| 3 | Attorney's Office, Attention Asset Forfeiture Unit. |
| 4 | DATED Feb. 7, 2020 ,2019. |

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on October 9, 2019.

                                    /s/ Heidi L. Skillin
                                    HEIDI L. SKILLIN
                                    FSA Contractor Paralegal